Trust Company of Chicago, Administrator of Estate of Florence D. Steven, Deceased, Appellant, v. Sutherland Hotel Company, Appellee.

Gen. No. 42,448.

MATCHETT, J., dissents.

opinion filed May 1, 1944; rehearing denied May 15, 1944. Samuel A. Rinella, for appellant; Joseph Barbera and Harry G. Fins, of counsel; Lord, Bissell & Kadyk, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full.